# United States District Court
## District of Massachusetts

| | |
|---|---|
| STANLEY LIPKA, ) | |
| Plaintiff ) | ORDER ON APPLICATION |
| ) | TO PROCEED WITHOUT |
| v. ) | PREPAYMENT OF FEES |
| ) | |
| COMMONWEALTH OF MASS., ) | |
| et al., ) | |
| Defendants ) | Civil Action No. 04-30204-MAP |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

   ☒   The clerk is directed to file the complaint.

   ☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on October 14, 2004.

                                /s/ Kenneth P. Neiman
                                KENNETH P. NEIMAN
                                U.S. Magistrate Judge