The Plaintiff Stanley Lipka Served 213 days Kidnapped
with force at the Pittsfield House of Correctional Jail.
plus 8 years Imprisonment when Sentence to 5 to 8 years
Concurrently Max 8 years Total of 3,135 days being
Kidnap with force by The Defendant Sergeant Herman Bishop
uttered and forged Stanley Lipka name into The witnesses
Statements without Stanley Lipka name being Mention to Anyone.

Stanley Lipka Pro Se
246 Houghton Street
North Adams, MA 01247

CA  04-30204-MAP

With Respect of this Federal District Court.
The Defendant Sergeant Herman Bishop is being Charged
of Kidnapping with force Two Counts by uttering and forging
Stanley Lipka name into the witnesses Statements without
Stanley Lipka name being Mention to Anyone. Falsely Accusing
The Plaintiff Stanley Lipka of Rape of A Child under 14,
no force Two Counts. Sergeant Herman Bishop uttered and forged
out the witnesses Statements himself and Influence the
witnesses to lie under OATH to False Statements. Under a
Capital Crime Committing a Felony Act under an indictment
to a Capital Crime of Rape of A Child under 14, no
force Two Counts by uttering and forging Stanley Lipka Name
to involve the Plaintiff Stanley Lipka of this Serious
Capital Crime without being Mention to Anyone. Relief
is Attached to the Complaint's That I, Stanley Lipka
is Requesting for in the full Amount. Also, All Charges
and indictments of Rape of a Child Respectfully Submitted
under 14, no force Two Counts be                 Stanley Lipka Pro Se
dismissed from Stanley Lipka Felony          246 Houghton Street
Charges.                                                        North Adams, Mass. 01249

Oct. 4, 2004

The Plaintiff Pro Se     Berkshire Massachusetts
Stanley Lipka               CA      04-30204-MAP
246 Houghton Street
North Adams, Mass. 01247

                    vs
The Defendant (Last address Known)
Sergent Human Bishop     Berkshire Massachusetts
Adams Police Department
Adams, Mass. 01220
          (1) Complaint Uttering and Forging
The Defendant Sergent Human Bishop
uttered and forge Stanley Lipka name
into the witnesses Statements to
Accuse Stanley Lipka of Rape of a
Child under 14, no force without the
Plaintiff Stanley Lipka being Mention
to Anyone.
          (2) Complaint Perjury 268 Section 1.
The Defendant Sergent Human Bishop
wrote out the witnesses Statements
himself without the witnesses making
out the Statements and Influence the
witnesses to lie under Oath to False
Statements.

Oct 4, 2004

(3) Complaint Kidnapping with force
The Defendant Sergeant Herman Bishop
Kidnapped with force the Plaintiff
Stanley Lipka for 315 days at the
Pittsfield House of Correctional Jail
the Plaintiff Stanley Lipka name was
not Mention to Sergeant Herman Bishop.
Sergeant Herman Bishop uttered and forge
Stanley Lipka name into the witnesses
Statements to Accuse Stanley Lipka of
Rape of a Child under 14, no force
Two Counts.

(4) Complaint Kidnapping with force
The Plaintiff Stanley Lipka was being
Kidnapped with force for 8 years when
Sentence to 5 to 8 years Concurrent.
The Plaintiff Stanley Lipka name was
not Mention to Anyone but was uttered
and forge into the witnesses Statements
without being Mention to Anyone, to
Accuse the Plaintiff Stanley Lipka of
Rape of a Child under 14, no force Two
Counts.

Oct. 4, 2004

Relief to the Plaintiff
Stanley Lipka is Asking for the Amount
of $501, Trillion Dollars Due to being
Accused Falsely of Rape of a Child
under 14, no force Two Counts. Plus
$600, Million Dollars per day for Each
day Imprisoned. Plus The Adams
Police Department Adams Mass. 01220
pay for False Arrest, False Imprisonment,
Falsely Accused, etc., The Amount of
$501, Trillion Dollars Due to being Accused
Falsely of Rape of a Child under 14,
no force Two Counts plus $600, Million
Dollars per day for Each day the Plaintiff
Stanley Lipka was Kidnapped with force
without being Mention to Anyone.

Respectfully Submitted
Stanley Lipka
246 Houghton Street
North Adams, Mass. 01247

Oct 4, 2004

The Plaintiff Pro Se    Berkshire Massachusetts

Stanley Lipks

246 Houghton Street

North Adams, Mass. 01247

us.

The Commonwealth of

Massachusetts

us.

The Defendant    Berkshire Massachusetts

(Sergeant Herman Bishop (Last address Known)

Adams Police Department

Adams, Mass. 01220

(1) Complaint Uttering and Forging

The Defendant Sergeant Herman Bishop

uttered and forged the Plaintiff Stanley

Lipks name into the witnesses Statements

to Accuse Stanley Lipks of Rape of a

Child under 14, no force Two Counts.

Complaint Perjury 268 Section 1.

(2) The Defendant Sergeant Herman

Bishop wrote out the witnesses Statements

himself without the witnesses making

out the Statements and Influence

the witnesses to lie under oath to False

Statements.

Oct. 4, 2004

(3) Complaint Kidnapping with force
The Defendant Sergeant Herman Bishop
Kidnapped with force the Plaintiff
Stanley Lipka for 215 days at the Pittsfield
House of Correctional Jail the Plaintiff
Stanley Lipka name was not mention to
Sergeant Herman Bishop. Sergeant Herman
Bishop uttered and forge Stanley Lipka
name into the witnesses Statements to
Accuse Stanley Lipka of Rape of a Child
under 14, no force Two Counts.


(4) Complaint Kidnapping with force
The Plaintiff Stanley Lipka was being
Kidnapped with force for 8 years when
Sentence to 5 to 8 years Concurrent.
The Plaintiff Stanley Lipka Name was
not mention to Anyone but was uttered
and forge into the witnesses Statements
without being mention to Anyone, to
Accuse the Plaintiff Stanley Lipka of
Rape of a Child under 14, no force Two
Counts.

Oct 4, 2004

Relief to the Plaintiff
Stanley Lipka is Asking for The Amount
of $501, Trillion Dollars from The Commonwealth
of Massachusetts due to being Accused
Falsely of Rape of a Child under 14, no
force Two Counts. Plus $600, Million
dollars per day for Each day Imprisoned.
Plus all Charges dismissed from Stanley
Lipka of Rape of a Child under 14, no
force Two Counts and all indictments
Against him for this Crime.

(1) Kidnapping with force.
Relief to The Plaintiff Stanley Lipka is
Asking for the Amount of $501, Trillion
Dollars From The Commonwealth of Massachusetts
for holding The Plaintiff 215 days at the
House of Correctional Jail

(2) Kidnapping with force 8 years
Relief to the Plaintiff Stanley Lipka is
Asking for the Amount of $501, Trillion Dollars
plus $600, million Dollars per Each day Imprisoned.

Respectfully Submitted
Stanley Lipka Pro Se
246 Houghton Street
North Adams, Mass. 01247

Oct. 4, 2004

Police Liability for False Arrest, False
Imprisonment and Malicious Prosecution

1) False Arrest
 An arrest under process of law, without
probable cause, when made maliciously
Shall give a right of action to the
party injured. Stanley Lipka was injury
being Accused Falsely.
2) A False arrest claim is an intentional
tort and requires a showing of (1) an arrest
under process of law, (2) without probable
Cause, and (3) made maliciously. (Stanley Lipka
was not Mention to Anyone).
(3) The malice necessary to support a
Claim for False Arrest or for malicious
prosecution. (uttering and forging Stanley
Lipka name into the witnesses Statements).
(4) A police officer's liability for False Arrest
requires a slightly different analysis
inasmuch as police officers are invested
with Statutory powers to make Arrests and
are shielded with constitutional immunity
for exercise of their official functions

Oct 4, 2004

in absence of actual intent to injure
or actual malice. The Police Officer
perform an illegal act; rather, to establish
a claim and raise an issue of False
arrest for the jury, the arrestee must
at least show some evidence of animus.
(was attend and forge to Accuse (Stanley Liptak))

5 False Imprisonment

False Imprisonment is defined as the
A unlawful detention of the person
of Another, for any length of time,
whereby such person is deprived of his
personal liberty. (215 days waiting Trial
Confined and 8 year Imprisonment).

1) The detention and (2) the
unlawfulness thereof. It is not
necessary to establish malice to support
a claim for False Imprisonment

Oct. 4, 2004

Malicious Prosecution

A Criminal prosecution which is carried on maliciously and without any probable cause and which causes damage to the person prosecuted shall give him a cause of action, (to the Suits file in this Federal Court).

1) prosecution for a criminal offense instigated by the defendant. (2) issuance of a valid warrant, accusation, indictment, or Summons, (3) termination of the prosecution in favor of the Plaintiff, (4) malice (5) want of probable cause, and (6) damage to Plaintiff, (Reputation of Stanley Lipka's name).

(1) Assault Accusing Stanley Lipka of Rape of a Child under 14, no force by uttering and forging Stanley Lipka's name into the witnesses Statements without being Mirandized to Anyone. (2) Libel by uttering and forging Stanley Lipka's name that is damaging to Stanley Lipka's reputation Accusing with force. (3) Slander Stanley Lipka's Reputation by Accusing Falsely of Rape of a Child under 14, no force. Two Counts.

Oct. 4, 2004

Both state and Federal law identify
the elements necessary to support
a Claim for malicious prosecution
under federal law; however, a fourth
Amendment malicious prosecution
Claim under 1983 remains a Federal
Constitutional claim, and its elements
and whether they are met ultimately
are controlled by federal law. (To bring Action)
   (Green v. Montgomery, 219 F. 3d 52,
60 n. 2 (2d Cir. 2000) ("( The federal
law of probable cause—not state law—
Should determine whether a plaintiff
has raised a genuine issue of material
fact with respect to a "1983 malicious
prosecution Claim") When malicious prosecution
is brought as a Federal Constitutional tort,
The outcome of the Case does not hinge
on State Law, but federal law, and does not
differ depending on the tort law of a particular
State.

Oct 4, 2004

Whether pursued under federal or State law,
to maintain a Malicious prosecution action
the prosecuting giving rise to a Suit
must terminate in the plaintiff's favor.
See, e.g., Singleton v. City of New York,
632 F.2d 185, 193-95 (2d Cir. 1980), cert.
denied 450 U.S. 928, 101 S.Ct 1368 (1981);
Cooper v. Public Finance Corp., 146 Ga. App
250, 254, 246 S.E. 2d 684 (1978).

Oct. 4, 2004

Complaint

1) Linda Groom Perjury 268 Section 1 Lying Under Oath to a Capital Crime of Rape of a Child under 14, no force without Stanley Lipka being mention to Anyone and using False Statements that Sergeant Herman Bishop wrote out himself.

Complaint

2) David A. Shade Perjury 268 Section 1 Lying Under Oath to a Capital Crime of Rape of a Child under 14, no force without Stanley Lipka being mention to Anyone and Using False Statements That Sergeant Herman Bishop wrote out himself.

Complaint

3) Edgar Bump Jr., Perjury 268 Section 1 Lying Under Oath to a Capital Crime of Rape of a Child under 14, no force without Stanley Lipka being mention to Anyone and Using False Statements That Sergeant Herman Bishop wrote out himself.

Oct. 7, 2004

Complaint

4) Edgar Bump Sr., Perjury 268 Section 1
Lying Under Oath to a Capital Crime
of Rape of a Child under 14, no force
without Stanley Lipka being Mention
to Anyone and Using False Statements
that Sergeant Human Bishop wrote
out himself.

Complaint

5) Linda Grover Kidnapping with force
by using false Statements that Sergeant
Human Bishop uttered and forged out
himself and Accusing Stanley Lipka
of Rape of a Child under 14, no force
without Stanley Lipka name being Mention
to Anyone.

Complaint

6) David A. Shade Kidnapping with force
by using false Statements that Sergeant
Human Bishop uttered and forged out
himself and Accusing Stanley Lipka
of Rape of a Child under 14, no force
without Stanley Lipka name being
Mention to Anyone.

Oct 4, 2004

Complaint

7) Edgar Bump Jr., Kidnapping with force
by using false Statements that Sergeant
Herman Bishop uttered and forged out
himself and Accusing Stanley Lipka
of Rape of a Child under 14, no force
without Stanley Lipka name being
Mentioned to Anyone.

Complaint

8) Edgar Bump Sr., Kidnapping with force
by using false Statements that Sergeant
Herman Bishop uttered and forged out
himself and Accusing Stanley Lipka
of Rape of a Child under 14, no force
without Stanley Lipka name being Mentioned
to Anyone.

Oct. 4, 2004

Immediately Indictment the
follow people for Perjury 268 Section 1
Under an indictment to a Capital Crime
of Rape of a Child under 14, no force
Two Counts.

Linda Grover (host Address Known)
123 Hall Street
North Adams, Mass. 01247

David A. Shade (Last Address Known)
123 Hall Street
North Adams, Mass 01247

Edgar A. Bump Jr., (Last Address Known)
37 Angelis Street
North Adams, Mass. 01247

Edgar Bump Sr., (Last Address Known)
37 Angelis Street
North Adams, Mass 01247

Sergent Herman Bishop
Adams Police Department
Adams, Mass. 01220

Oct 7, 2004

Immediately Indictment the
follow people for Kidnapping with Forces
Two Counts.
Linda Grover (last address known)
123 Hall Street
North Adams, Mass. 01247

David A. Shade (Last Address Known)
123 Hall Street
North Adams, Mass. 01247

Edgar A. Bump Jr. (last address known)
37 Angelio Street
North Adams, Mass. 01247

Edgar Bump Sr., (last address known)
37 Angelio Street
North Adams, Mass. 01247

Sergeant Human Bishop (Last Address Known)
Adams Police Department
Adams, Mass. 01220

Oct. 4, 2004

Mandatory
Required by Law Kidnapping In
Law, the taking Away of a person
by force, threat, or deceit, with intent
to cause him to be detained Against
his will.

Under Common Law Kidnapping it is
Now punishable by death or life
imprisonment. If there Are No
extenuating Circumstances.

Kidnapping with force is 25 years to
life Sentence does not matter one day
for Each day is Still Kidnapping with
force a deceitful Act or Statement.

Stanley Lipka name was not mention
to Anyone but was uttered and forged
into the witnesses Statements to involve
Stanley Lipka of Rape of a Child under 14,
No force Kidnapping with force did occured
Twice 215 days House of Correctional Jail
8 years Imprisonment.

Oct 4, 2004

Relief to Plaintiff Stanley Lipka Pro Se With respect from this Honorable Federal Court the Plaintiff Stanley Lipka is Entitle to be rewarded for injury, Damages, False Arrest, False Imprisonment, Falsely Accused of Rape of a Child under 14, no force Two Count without Stanley Lipka being Mention to Anyone and For Kidnapping with force, Two Counts and is Entitle to be paid Each day Imprisonment by The Commonwealth of Massachusetts for Accusing Stanley Lipka with False Charges of Rape of a Child under 14, no force Two Counts without being Mention to Anyone. The Amount Requested is 501, Trillion Dollars plus 600, Million Dollars per day for Each day Imprisonment a total of 3,135 days for being Kidnap with force Two Counts.

I, Stanley Lipka is Asking this Amount be paid in full Amount. Also The Adams Police Department Adams, Mass. 01220 To pay the Same Amount for Sergeant Harris Bishop Actions.