Allegation of Fact

If Stanley Lipka was Somewhere Else it would make a difference in Sergent Human Bishop testimony would it not.

Stanley Lipka went to See probation on August 28, 1987, Friday no Charges of Rape of a Child was Charge and Stanley Lipka did not break probation.

But was House at Pittsfield House of Courthouse/Jail 215 days without being Charge of any Crime.

Plus Charge Again at Adams District Court and Pittsfield Superior Court without breaking probation or being Charge of any Crime.

Respectfully Submitted
Oct. 22, 2004   Stanley Lipka
246 Houghton Street
North Adams, Mass.
01247

FILED
CLERK'S OFFICE
'04 OCT 25 A 11:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Stanley Lipka Pro Se
246 Houghton Street          Civil Action No
North Adams Mass. 01247      04-30204-MAP

v.

Commonwealth of    Et; Al.
Massachusetts and
Sergeant Human Bishop
of the Adams Police Dept.,
and Adams Police Dept.,
Adams, Mass. 01220

The Allegation

1) Sergeant Human Bishop Accused that Stanley Lipka was Arrested on August 25, 1987, Tuesday

2) Sergeant Human Bishop Accused that Stanley Lipka Miranda Rights were Read to Stanley Lipka on August 25, 1987, Tuesday

3) Sergeant Human Bishop Accused Stanley Lipka of Rape of a Child under 14, no force Two Counts, on August 25, 1987, Tuesday.

4) Sergeant Human Bishop Accused a Warrant was issue for Stanley Lipka Arrest on August 25, 1987, Tuesday

5) Sergent Herman Bishop Accused of Taken a Statement from Stanley Lipka on August 25, 1987, Tuesday.

Allegation of a Fact
If Stanley Lipka was Somewhere Else it would make a diffence in Sergent Herman Bishop testimony would it not.
But, The Commonwealth of Massachusetts Convicted Stanley Lipka Twice for the Same Charge which is Double Jeopardy.

To prove this Sergent Herman Bishop Stated that Stanley Lipka was Arrested on August 25, 1987, Tuesday and made out a Statement.

Already Arrested by Sergent Herman Bishop on August 25, 1987, Tuesday Stanley Lipka was There or was Stanley Lipka There.

If Stanley Lipka was Arrested what Judge did Stanley Lipka See on August 25, 1987, Tuesday to Charge Stanley Lipka of Rape of a Child under 14, w: force Two Counts on August 25, 1987, Tuesday.

Affidavit of Stanley Lipka made under pains and penalties of perjury.

In Order for Stanley Lipka to be Convicted of Rape of a Child under 14, no force a Warrant must Claim a Charge which Sergeant Herman Bishop Claimed that Stanley Lipka was Arrested on August 25, 1987, Tuesday an a Warrant was issue for Stanley Lipka Arrest on August 25, 1987, Tuesday.

### Evidence and Facts

Question for The Commonwealth of Massachusetts if Stanley Lipka was Already Arrested on August 25, 1987, Tuesday and a Warrant was issue that day on August 25, 1987, Tuesday.

Then why would Stanley Lipka be at the North Adams District Court on August 28, 1987, Friday to see if Stanley Lipka broke his probation and Honorable Judge Apkins was there and Mike Hoye Stanley Lipka's probation Officer which if Sergeant Herman Bishop had a warrant for Stanley Lipka Arrest of Rape of a Child under 14, no force Two Counts Stanley Lipka would have violate his probation if Stanley Lipka was Charge of Rape of A Child under 14, no force Two Counts Honorable Judge Apkins would State to Stanley Lipka that Stanley Lipka violate his probation. But Stanley Lipka did not violate his probation or Any Charges Read to Stanley Lipka at

Oct. 22, 2004

Stanley Lipka

North Adams District Court on August 28, 1987, Friday then why was Stanley Lipka being held against his will to Freedom for 215 days at Pittsfield House of Correctional Jail. Stanley Lipka did not break his probation and Stanley Lipka was not Charge of Rape of a Child under 14, no force Two Counts because Stanley Lipka would have violate his probation. Then Again on Sept. 16, 1987 at Adams District Court Stanley Lipka did not break probation and was not Charge of Rape of a Child under 14, no force at North Adams District Court but Again at Adams District Court which is Double Jeopardy trying Stanley Lipka Twice for the Same Charge which no Charge of Rape of a Child under 14, no force was Charge against Stanley Lipka. But, Stanley Lipka was Kidnapped with force to hold Stanley Lipka for 215 days without breaking probation or Charged of Any Crime. Then on March 23, 1988, Double Jeopardy Again this time with an indictment which is a Felony Crime without Stanley Lipka breaking probation or Charged of Any Crime Sentence Stanley Lipka 5 to 8 years the max 8 years Kidnapping with force without being Charged of Any Crime and without breaking his probation.

But The Commonwealth of Massachusetts Accused Stanley Lipka of Rape of a Child under 14, No Force Two Counts and Sentence 5 to 8 years M.O.X.S. Because Sergeant Herman Bishop Stated that Stanley Lipka was Arrested on August 25, 1987, Tuesday and made out A Statement without Stanley Lipka being There, and no warrant was issue against Stanley Lipka on August 25, 1987, Tuesday Because Honorable Judge Apkins would Stated to Stanley Lipka that A warrant is issue breaking your probation But Stanley Lipka did not have A warrant for his Arrest and no Charges of Rape of a Child under 14, no force was Charged Against Stanley Lipka at probation Court.

Respectfully Submitted
Stanley Lipka Pro Se
246 Houghton Street
North Adams, Mass 01247

Stanley Lipka Pro Se
246 Houghton Street
North Adams, Mass. 01247

Civil Action No 04-30204-MAP

Stanley Lipka proceeding pro se has Submitted an Affidavit to prove no warrant was issue for his Arrest on August 25, 1987, Tuesday and to prove the Conviction made by Sergeant Herman Bishop of Stanley Lipka Statement was not made by Stanley Lipka.

On August 28, 1987, Friday at North Adams District Court Stanley Lipka went to see if Stanley Lipka broke his probation.

(Three witnesses were there)

1) Honorable Judge Apkins was there on August 28, 1987, Friday

2) Mike Hayes Stanley's Probation Officer

3) Stanley Lipka was there on August 28, 1987, Friday

First witness Honorable Judge Apkins Did not read any Charges of Rape of a Child under 14, no force Two Counts to Stanley Lipka of breaking his probation. On August 28, 1987, Friday.
Second witness Mike Hayes Probation Officer Stated to Stanley Lipka that Stanley Lipka did not break his probation and Sign it Dec 30, 1987, Terminated.

Claim In order for Stanley Lipka to break his probation a Charge must be made against him. No warrant issue upon Stanley Lipka for Rape of a Child under 14, no force Two Counts. If a warrant was issue Stanley Lipka would have broke his probation, Sergeant Herman Bishop Stated a warrant was issue for Stanley Lipka Arrested on August 25, 1987, Tuesday to hold Stanley Lipka for 215 days without a warrant issue is illegal and Also, Kidnapping with force there was no warrant issue for Stanley Lipka Arrest.

The Plaintiff Stanley Lipka Seeks all Suits Damages in the Amount of $501, Trillion Dollars, plus $600, Million Dollars for each day he was or has been incarcerated.

This is what the Plaintiff Stanley Lipka is asking in Return for the Damages done to him.

Oct. 22, 2004   Respectfully Submitted
Stanley Lipka Pro Se
246 Houghton Street
North Adams Mass. 01247