```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


STANLEY LIPKA,                )
        Plaintiff             )
                              )
              v.              )   CIVIL ACTION NO. 04-30204-AP
                              )
COMMONWEALTH OF MASSACHUSETTS )
AND SERGEANT HERMAN BISHOP OF )
THE ADAMS POLICE DEPARTMENT,  )
        Defendants            )
```

### ORDER REGARDING REPORT AND RECOMMENDATION
### FOR SUMMARY DISMISSAL
### (Docket No. 4)

November 5, 2004

PONSOR, D.J.

    Plaintiff has filed what appears to be a complaint that seeks to impose criminal liability against some party or parties. Magistrate Judge Kenneth P. Neiman screened the complaint and found that, although the plaintiff lacked the funds to proceed <u>in forma pauperis</u>, his complaint lacked sufficient substance to continue. His assessment of the complaint is entirely correct. The court therefore hereby adopts his Report and Recommendation and hereby orders the complaint Dismissed.

    The court makes this ruling having reviewed a submission by the plaintiff (Docket No. 5), which was filed on October 25, 2004 and which appears to constitute an objection to the Magistrate Judge's Report and Recommendation.

    It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```