# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

STANLEY LIPKA,

  Plaintiff

       v.                  CIVIL ACTION NO. 3: 04-30204-MAP

COMMONWEALTH OF MASSACHUSETTS
AND SERGEANT HERMAN BISHOP OF THE
ADAMS POLICE DEPARTMENT

  Defendant

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing the plaintiff's complaint.

                                      TONY ANASTAS,
                                      CLERK OF COURT

Dated: November 5, 2004          By /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk