Stanley Lipka Plaintiff
246 Houghton Street
North Adams, Mass. 01247          Civil Action no
                                  04-30204-MAP
        v.

Commonwealth of Massachusetts
and Sergeant Human Bishop of
the Adams Police Department
        Defendants

1) Evidence Mike Hayes Probation Officer Stanley Lipka was there with Mark Hayes on August 28, 1987, Friday, to see if broke probation. Call Mike Hayes

2) Evidence Honorable Judge Apkins was there Stanley Lipka was there with Honorable Judge Apkins on August 28, 1987, Friday to see if broke probation

3) Evidence Stanley Lipka was not Arrested on August 25, 1987, Tuesday as Sergent Human Bishop Claims.

4) Kidnapping with force no warrant was issue for Stanley Lipka Arrest if so Stanley Lipka would have broke his probation on August 28, 1987, Friday.

5) Kidnapping occurred for 215 days at House of Correctional Jail Stanley Lipka was not Charge of any Crime.

6) On Sept. 16, 1987, Double Jeopardy occurred Stanley Lipka Miranda Right's were not read to him but was tried twice for the Same Crime without being Charge of any Crime and without a Warrant issue On August 25, 1987, Tuesday as Sergeant Herman Bishop Claim. I, Stanley Lipka have witnesses to prove this that I, Stanley Lipka was not Arrested on August 25, 1987, Tuesday, because I, Stanley Lipka was at North Adams District Court on August 28, 1987, Friday No Charges Read to Stanley Lipka on breaking probation it was terminated on Dec. 30, 1987.

7) On March 23, 1988, at Pittsfield Superior Court Double Jeopardy under an indictment I, Stanley Lipka did not break probation or was Charge of any Crime to prove this Call my Probation Officer Mike Hogan.

evidence was not heard at trial my Attorney refuse to use my witnesses.

On August 27, 1987, I, Stanley Lipka went back to my apartment to pick up my glasses a friend of mine was with me at the time my next door neighbor said the police was looking for me. I Stanley Lipka with my friend went back to North Adams to my other friends House. I slept over my friend's House on August 26, 1987, we both Stay at Dunkin Doughnut's two police officer's were there no Arrest was made to Stanley Lipka on August 26, 1987, when two North Adams Police came in North Adams Dunkin Doughnut's This proves Stanley Lipka was not Arrested on August 25, 1987, Tuesday, or was with Sergeant Herman Bishop on August 25, 1987, Tuesday.

Respectfully Submitted
Stanley Lipka Pro Se
246 Houghton Street
North Adams, Mass 01247

I, Stanley Lipka will put this in Every Newspaper and Every T.v. Station to prove that I, was not with Sergeant Herman Bishop on August 25, 1987, Tuesday.

Request for Relief

Now Comes the Plaintiff Stanley Lipka Pro Se Requesting Relief in the Amount of 50, Trillion Dollars plus 600, Million Dollars per day for Each day being Kidnapped with force against his will to Freedom.

Respectfully Submitted
Stanley Lipka Pro Se
246 Houghton Street
North Adams, Mass. 01247